UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DAVID E.                                                                                                PLAINTIFF

v.                                                                                      CIVIL ACTION NO. 3:22-CV-540

KILOLO KIJAKAZI,                                                                                        DEFENDANT
Acting Commissioner of Social Security[1]

## ORDER

United States Magistrate Judge Regina S. Edwards has filed her report in this action (DN 19). No objections thereto have been filed. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 19) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of Plaintiff's application for disability and disability insurance benefits.

September 29, 2023

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.